IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROY MANDELL SMITH,                    )
                                      )
    Plaintiff-Appellant,              )
                                      )    Case No.: CV 625-087
vs.                                   )
                                      )    Appeal No.: 26-12119
CLINICAL CHAPLAIN BERNARD             )
HILL,                                 )
                                      )
    Defendant-Appellee.               )

———————

O R D E R

———————

The appeal in the above-styled action having been dismissed by

the United States Court of Appeals for the Eleventh Circuit for want

of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States

Court of Appeals for the Eleventh Circuit is made the order of this

Court.

**SO ORDERED**, this _____13th_____ day of July 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA